JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA MILLER,** | CASE NO.: |
| Plaintiff, | CV 13-3028-GHK (CWx) |
| v. | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA; LOCKHEED MARTIN CORP. GROUP LONG TERM DISABILITY PLAN FOR SALARIED EMPLOYEES,** | **JUDGMENT** |
| Defendants. | |

  In our October 1, 2014 Order Re: Parties' Joint Trial Brief, we reversed the denial of Plaintiff's disability benefits by Defendants Life Insurance Company of America and Lockheed Martin Corporation Group Long Term Disability Plan for Salaried Employees ("Defendants").

  Accordingly, **IT IS HEREBY ADJUDGED** that Plaintiff shall have judgment on her Complaint against Defendants in the amount prescribed by the Plan for the period from December 15, 2010 to the present.

1 Furthermore, on this record, Plaintiff's disability benefits are hereby reinstated
2 going forward.

3 **IT IS SO ORDERED**.

5 DATED: October__1__, 2014

_____
GEORGE H. KING
Chief United States District Judge